**07 C 6952**

H0400

92·82683

```
---- United States Bankruptcy Court ---------- VOLUNTARY PETITION ---
   NORTHERN DISTRICT OF ALABAMA
   NORTHERN DIVISION
IN RE ---------------------------------  NAME OF JOINT DEBTOR ---------
CHARLES E. MCAULLIFFE                    ROSE N. MCAULLIFFE
ALL OTHER NAMES --------------------     ALL OTHER NAMES ---------------

SOC. SEC./TAX I.D. NO. ------------      SOC. SEC./TAX I.D. NO. --------

STREET ADDRESS OF DEBTOR ----------      STREET ADDRESS OF JOINT DEBTOR ----

         , ALABAMA                              , ALABAMA

COUNTY OF RESIDENCE ---------------      COUNTY OF RESIDENCE ------------
MADISON                                  MADISON
MAILING ADDRESS OF DEBTOR --------       MAILING ADDRESS OF JOINT DEBTOR ---

         , ALABAMA                              , ALABAMA

VENUE --------------------------------------------------------------
Debtors have had a residence in this District for 180 days immediately
preceding the date of this petition.
---------------- INFORMATION REGARDING DEBTOR ----------------------
TYPE OF DEBTOR                           CHAPTER OF BANKRUPTCY CODE
Joint (Husband and Wife)                 UNDER WHICH THE PETITION
NATURE OF DEBT                           IS FILED
Non-Business/Consumer                    13
A. TYPE OF BUSINESS                      FILING FEE
N/A                                      To be paid in installments
B. BRIEFLY DESCRIBE NATURE OF BUSINESS
N/A
STATISTICAL/ADMINISTRATIVE INFORMATION---  ATTORNEY NAME AND ADDRESS--
Debtors estimate that there will be       BOND & BOTES, P.C.
funds available for distribution to
unsecured creditors.                      AMSOUTH CENTER
                                          200 CLINTON AVENUE N.W.
                                          SUITE 705
                                          HUNTSVILLE, AL 35801
                      range  (sard code)  (205) 539-9899
  NO. OF CREDITORS   16-49      (2)       -----------------------------
                                          ATTORNEYS DESIGNATED TO
  ASSETS (thousands) 50-99      (2)       REPRESENT DEBTORS
                                          RONALD C. SYKSTUS
  LIABIL. (thousands) 50-99     (2)

  NO. OF EMPLOYEES N/A
                                          THIS SPACE FOR COURT USE ONLY
  EQUITY SEC. HOLDERS N/A
                                          RELIEF ORDERED.
                                          Filed in Bankr.
                                          District of Alabama and Referred to
                                          Bankruptcy Judge Edwin D. Pralow

                                          faxed  NOV 30
                                          1:10pm
                                          CLERK, U.S. BANKRUPTCY C
                                          BY:
                                          fee not pd
```

EXHIBIT A

In re: CHARLES E. MCAULLIFEE          Case No: 92-826083
       ROSE N. MCAULLIFFE

Consideration for claim: CREDIT CARD
           Claim is: Fixed and liquidated.

Account no.: ▓▓▓▓▓▓▓▓                Amount of claim:         5,627.00
MONTGOMERY WARD
P.O. BOX 9700              Liable: Joint
MACON, GEORGIA
31297
           Incurred: VARIOUS
Consideration for claim: CRDIT CARD
           Claim is: Fixed and liquidated.

Account no.: ▓▓▓▓▓▓▓▓                Amount of claim:         1,431.00
NORWEST FINANCIAL
4800 WHITESBURG DRIVE      Liable: Joint
SUITE 18
HUNTSVILLE, ALABAMA
35802
Consideration for claim: SIGNATURE LOAN
           Claim is: Fixed and liquidated.

Account no.: ▓▓▓▓▓▓▓▓                Amount of claim:            56.00
PARISIAN
P.O. BOX 11407             Liable: Joint
BIRMINGHAM, ALABAMA
35279
           Incurred: VARIOUS
Consideration for claim: CREDIT CARD
           Claim is: Fixed and liquidated.

Account no.: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         Amount of claim:         4,357.00
SEARS ROEBUCK COMPANY
196 VULCAN ROAD            Liable: Joint
BIRMINGHAM, AL 35209
           Incurred: VARIOUS
Consideration for claim: CREDIT CARD
           Claim is: Fixed and liquidated.


                                      Subtotal this page:     11,471.00
                                                   Total:     18,885.00

                                                                 Page 3