# NORTHERN DISTRICT OF ALABAMA
## Claims Register

**92-82683-JAC13 CHARLES E. MCAULLIFFE and ROSE N. MCAULLIFFE CASE CLOSED on 02/21/1997**

**Judge:** JACK CADDELL     **Chapter:** 13
**Office:** Decatur     **Last Date to file claims:**
**Trustee:** Philip A Geddes     **Last Date to file (Govt):**

| Creditor: (1289497) NORWEST FINANCIAL OF ALABAMA, INC. 4800 WHITESBURG DR. STE. 18 HUNTSVILLE, AL 35802 | Claim No: 1 Filed: 12/08/1992 Entered: 12/08/1992 | Status: Filed by: CR Entered by: kdh Modified: |
|---|---|---|

| Unsecured | claimed: | $0.00 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $1283.10 |
| Admin | claimed: | $0.00 |
| **Total** | **claimed:** | **$1283.10** |

*History:*
1-1   12/08/1992 Claim #1 filed by NORWEST FINANCIAL OF ALABAMA, INC. , total amount claimed: $1283.1 (kdh)

*Description:*
*Remarks:* (1-1) Converted from NIBS.

| Creditor: (1289492) COMMERCIAL CREDIT CORPORATION PO BOX 5367 HUNTSVILLE, AL 35814 | Claim No: 2 Filed: 12/15/1992 Entered: 12/15/1992 | Status: Filed by: CR Entered by: kdh Modified: |
|---|---|---|

| Unsecured | claimed: | $0.00 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $1226.34 |
| Admin | claimed: | $0.00 |
| **Total** | **claimed:** | **$1226.34** |

*History:*
2-1   12/15/1992 Claim #2 filed by COMMERCIAL CREDIT CORPORATION , total amount claimed: $1226.34 (kdh)

*Description:*
*Remarks:* (2-1) Converted from NIBS.

| Creditor: (1289493) J.C. PENNEY | Claim No: 3 Filed: 12/17/1992 | Status: Filed by: CR |
|---|---|---|


EXHIBIT B

| PO BOX 30127<br>TAMPA, FL 33630 | *Entered:* 12/17/1992 | *Entered by:* kdh<br>*Modified:* |
|---|---|---|

| Unsecured | claimed: | $0.00 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $161.40 |
| Admin | claimed: | $0.00 |
| **Total** | **claimed:** | **$161.40** |

*History:*
3-1   12/17/1992 Claim #3 filed by J.C. PENNEY , total amount claimed: $161.4 (kdh)

*Description:*

*Remarks:* (3-1) Converted from NIBS.

| *Creditor:*   (1289489)<br>BANK OF NEW YORK<br>A. THOMAS POKELA, P. O. BOX 1102<br>SIOUX FALLS, SD 57101 | **Claim No: 4**<br>*Filed:*   12/21/1992<br>*Entered:* 12/21/1992 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kdh<br>*Modified:* |
|---|---|---|

| Unsecured | claimed: | $0.00 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $1821.58 |
| Admin | claimed: | $0.00 |
| **Total** | **claimed:** | **$1821.58** |

*History:*
4-1   12/21/1992 Claim #4 filed by BANK OF NEW YORK , total amount claimed: $1821.58 (kdh)

*Description:*

*Remarks:* (4-1) Converted from NIBS.

| *Creditor:*   (1289498)<br>PARISIAN SERVICES<br>750 LAKESHORE PKWY.<br>BIRMINGHAM, AL 35211 | **Claim No: 5**<br>*Filed:*   12/28/1992<br>*Entered:* 12/28/1992 | *Status:*<br>*Filed by:* CR<br>*Entered by:* kdh<br>*Modified:* |
|---|---|---|

| Unsecured | claimed: | $0.00 |
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |
| Unknown | claimed: | $56.65 |
| Admin | claimed: | $0.00 |
| **Total** | **claimed:** | **$56.65** |

*History:*
5-1   12/28/1992 Claim #5 filed by PARISIAN SERVICES , total amount claimed: $56.65 (kdh)

*Description:*

*Remarks:* (5-1) Converted from NIBS.