# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

In re:
MCAULLIFFE, CHARLES E.
SSN: ███████
███████, AL ███

MCAULLIFFE, ROSE N.
SSN: ███████
███████, AL ███

Debtor(s)

Case No: 92-82683-JAC-13

Chapter: 13

## ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

The court finds that the debtor filed a petition under title 11, United States Code, on November 30, 1992, that the debtor's plan has been confirmed, and that the debtor has fulfilled all requirements under the plan.

**IT IS ORDERED THAT:**

1. Pursuant to 11 U.S.C. §1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. § 502, except any debt:

    (a) provided for under 11 U.S.C. §1322(b)(5) and on which the last payment is due after the date on which final payment under the plan was due;

    (b) in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. §523 (a)(5);

    (c) for a student loan or educational benefit overpayment as specified in 11 U.S.C. §523(a)(8);

    (d) for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. §523(a)(9), in a case commenced on or after November 15, 1990; or

    (e) for restitution included in a sentence on the debtor's conviction of a crime, in a case commenced on or after November 15, 1990; or

    (f) for a fine included in a sentence on the debtor's conviction of a crime, in a case commenced on or after October 22, 1994.

2. Pursuant to 11 U.S.C. §1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. §1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. §3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

Dated : 02/20/97

BY: Original Signature on file
JACK CADDELL, US BANKRUPTCY JUDGE
United States Bankruptcy Judge


ENTERED 2-21-97
UNITED STATES
BANKRUPTCY COURT
DECATUR, ALABAMA

DEPUTY CLERK

420024528


EXHIBIT C

## CORDANT
11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

1-800-BNC-5055

| | |
|---|---|
| District/off: 1126-8 | User: CH |
| Case: 92-82683-JAC-13 | Form ID: DIS-04 |

Page 1 of 2
Total Served: 32

Date Rcvd: Feb 18, 1997

The following entities were served by first class mail on Feb 20, 1997.
```
D        MCAULIFFE, CHARLES E.,    ████████████████, AL ████
J        MCAULIFFE, ROSE N.,       ████████████████, AL ████
T        Philip A. Geddes,   PO BOX 2388,   Decatur, AL 35602
DA       Ronald C. Sykstus,   200 Clinton Ave. NW Suite 705,   Huntsville, AL 35801
1        AMERICAN GENERAL FINANCE INC.,   908 N. MEMORIAL PKWY, STE. 1-A,   HUNTSVILLE, AL 35801
2        BANK OF NEW YORK,   A. THOMAS POKELA, P. O. BOX 1102,   SIOUX FALLS, SD 57101
3        CITGO PETROLEUM,   PO BOX 29190,   MISSION, KS 66201
4        CITICORP RETAIL SERVICES,   245 OLD COUNTRY RD.,   MELVILLE, NY 11747
5        COMMERCIAL CREDIT CORPORATION,   PO BOX 5367,   HUNTSVILLE, AL 35814
6        J.C. PENNEY,   PO BOX 30127,   TAMPA, FL 33630
7        JEWELERS FINANCIAL SVC.,   5775-C PEACHTREE DUNWOODY RD. 250,   ATLANTA, GA 30342
8        MCRAE'S INC.,   PO BOX 10327,   JACKSON, MS 39209
9        MONTGOMERY WARD CREDIT CORP.,   PO BOX 29113,   SHAWNEE MISSION, KS 66201
10       NORWEST FINANCIAL OF ALABAMA, INC.,   4800 WHITESBURG DR. STE. 18,   HUNTSVILLE, AL 35802
11       PARISIAN SERVICES,   750 LAKESHORE PKWY.,   BIRMINGHAM, AL 35211
12       REAL ESTATE FINANCING INC.,   PO BOX 669,   MONTGOMERY, AL 36101-0669
13       AMERICAN GENERAL FINANCE,   908 NORTH MEMORIAL PKWY,   SUITE 1-A,   HUNTSVILLE, AL 35801
14       BENEFICIAL NATIONAL BANK,   PO BOX 7494,   WILMINGTON, DE 19803
15       CASTNER KNOTT,   PO BOX 8680,   HAGERSTOWN, MD 21748-8680
16       SEARS,   196 VULCAN RD.,   BIRMINGHAM, AL 35209
17       CITGO,   PO BOX 47521,   SAN ANTONIO, TX 78265-7521
18       COLE ANIMAL HOSPITAL,   3415 GOVERNORS DR,   HUNTSVILLE, AL 35814
19       COMMERCIAL CREDIT,   6125 UNIVERSITY DR,   SUITE D-6,   HUNTSVILLE, AL 35806
20       CRESTWOOD HOSPITAL,   ONE HOSPITAL DR,   HUNTSVILLE, AL 35801
21       FIRSTONE,   PO BOX 81344,   CLEVELAND, OH 44188-0344
22       FIRST CITY VISA,   PO BOX 5091,   SIOUX FALLS, SD 57117-5091
23       HEILIG-MEYERS,   1222-A JORDAN LANE,   HUNTSVILLE, AL 35814
24       MONTGOMERY WARD,   PO BOX 9700,   MACON, GA 31297
25       PARISIAN,   PO BOX 11407,   BIRMINGHAM, AL 35279
26       ZALES,   PO BOX 650536,   DALLAS, TX 75265
27       MCRAE'S INC,   C/O RICHARD BREIBART,   2700 HWY 280 STE 155-3,   BIRMINGHAM, AL 35223
28       REAL ESTATE FINANCING INC,   ATTN: BANKRUPTCY DEPT,   PO BOX 669,   MONTGOMERY, AL 36101-0669
```

The following entities were served by electronic transmission.
NONE.

***** UNDELIVERABLE LIST *****
NONE.

TOTAL: 0

***** CLIN SUMMARY *****

| CLIN | Description | Unit | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 3001 | Elect, print one side | Sheet | 32 | 0.13500 | 4.320 |
| 4001 | Prepare to transmit Notice Service | Case | 1 | 0.10000 | 0.100 |
| | | | | TOTAL | 4.420 |

20094529

```
.ot/off: 1126-8          User: CH              Page 2 of 2           Date Rcvd: Feb 18, 1997
Case: 92-82683-JAC-13    Form ID: DIS-04       Total Served: 32
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: 02/20/97                    Signature:    *Joseph Speetjens*

20024530