**07 C 6952**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

Mailing Address:
2325 Coit Road, Suite B, Plano, TX 75075
Toll free: 1-866-350-8355  Fax: 1-972-767-4204

**intelenet**

July 26, 2007

CHARLES E MCAULLIFFE
[redacted]
[redacted] AL [redacted]

RE: A.F.S. ASSIGNEE OF HSBC BANK N $51.72
Account Number: [redacted]

Dear Charles E McAulliffe:

The above-referenced account [redacted] has been sent to us for collection.

Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing, within thirty (30) days of receiving this notice, we will provide you the name and address of the original creditor, if different from the current creditor.

Sincerely,

Intelenet Global Services Ltd
Mailing Address:
2325 Coit Road, Suite B, Plano, TX 75075
Toll free: 1-866-350-8355  Fax: 1-972-767-4204

*[Handwritten annotations:]*
FILED
1-800-352-5239 GE CONSUMER FINANCE
713-0221
1-800-942-0739 HSBC VON POA
ARROW 1-800-379-9498 CALL MON Family Services
1-800-ARROW-6419
1-800-542-0800 JCP

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

INTA

---

*PLEASE DETACH HERE AND RETURN WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED*

6341 Inducon Drive East
Sanborn, NY 14132-9097
RETURN SERVICE REQUESTED

Account Number: [redacted]

Date: July 26, 2007

CHARLES E MCAULLIFFE
[redacted]
[redacted] AL [redacted]

RE: A.F.S. ASSIGNEE OF HSBC BANK N $51.72
Account Number: [redacted]

INTELENET AMERICA INC.
DEPT CH 17823
PALATINE IL 60055-0001

**EXHIBIT D**