**CEM**

**FILED**
**DECEMBER 11, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6952**

| In the Matter of | Case Number: |
|---|---|
| Charles E. McAulliffe v. Arrow Financial Services, LLC, a Delaware limited liability company, Intelenet Global Services, Ltd., a foreign corporation, and Intelenet America, Inc., a Delaware corporation, | |

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Charles E. McAulliffe.

| NAME (Type or print) |
|---|
| David J. Philipps |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David J. Philipps |
| FIRM |
| Philipps & Philipps, Ltd. |
| STREET ADDRESS |
| 9760 South Roberts Road, Suite One |
| CITY/STATE/ZIP |
| Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06196285 | (708) 974-2900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐