**FILED**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**DECEMBER 11, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6952**

In the Matter of                                                    Case Number:

Charles E. McAulliffe v. Arrow Financial Services, LLC, a
Delaware limited liability company, Intelenet Global Services,
Ltd., a foreign corporation, and Intelenet America, Inc., a
Delaware corporation,

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Charles E. McAulliffe.

| |
|---|
| NAME (Type or print)<br> Mary E. Philipps |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Mary E. Philipps |
| FIRM<br> Philipps & Philipps, Ltd. |
| STREET ADDRESS<br> 9760 South Roberts Road, Suite One |
| CITY/STATE/ZIP<br> Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06197113 | TELEPHONE NUMBER<br>(708) 974-2900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |