## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

Charles E. McAulliffe,
Plaintiff,

v.

Arrow Financial Services, LLC, a Delaware limited liability company, Intelenet Global Services, Ltd., a foreign corporation, and Intelenet America, Inc., a Delaware corporation,
Defendants.

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

To: Arrow Financial Services, LLC
C/O C T Corporation System, as registered agent
208 S. LaSalle Street
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

------------------------------------
(By) DEPUTY CLERK

Date

**December 11, 2007**
------------------------------------
Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE:<br>12/17/07 AT 2:35 P.M. |
| NAME OF SERVER (PRINT)<br>EDEN OSBORNE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service-*

[ ]  Served personally upon the defendant. Place where served: _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[X]  Other (specify): SERVED DEFENDANT ARROW FINANCIAL SERVICES, LLC., AT 208 S. LASALLE ST., STE.814 CHICAGO,IL 60604, BY SERVING CT CORPORATION SYSTEM AS REGISTERED AGENTS. SERVED AUTHORIZED AGENT, DAWN SCHULZ(PROCESS SERVICE SPECIALIST) F,W,5'4",300LB.,BROWN HAIR,50YRS.

### STATEMENT OF SERVICES FEES

| TRAVEL — | SERVICES $45 | TOTAL $45 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/17/07
Date

Signature of Server

Address of Server

**LEGAL DOCUMENT MANAGEMENT, INC.**
**79 W. MONROE STREET, STE. 1020**
**CHICAGO, IL 60603**