# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

# 07 C 6952

Charles E. McAulliffe,
Plaintiff,

Docket Number: _____

Assigned Judge: _____

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

v.

Designated
Magistrate Judge: _____

Arrow Financial Services, LLC, a Delaware
limited liability company, Intelenet Global
Services, Ltd., a foreign corporation, and
Intelenet America, Inc., a Delaware
corporation,
Defendants.

To: Intelenet America, Inc.
C/O National Registered Agents, Inc., as registered agent
160 Greentree Drive
Suite 101
Dover, Delaware 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

**(By) DEPUTY CLERK**

**December 11, 2007**

**Date**

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 12/21/2007 @ 10:55 am |
| NAME OF SERVER (PRINT)    ROBERT DELACY | TITLE    SPS |

*Check one box below to indicate appropriate method of service-*

[ ]    Served personally upon the defendant. Place where served: _____

[ ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[ ]    Returned unexecuted: _____
_____
_____

[X]    Other (specify):  SERVED FRANCES BURRIS, AUTHORIZED TO ACCEPT SERVICE FOR NATIONAL
    REGISTERED AGENTS, INC., 160 Greentree Dr., Ste. 101, Dover, DE  19904
    Registered Agent for Intelenet America, Inc.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12/21/2007__
Date

_____
Signature of Server    Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219
_____
Address of Server

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 07 C 6952

Plaintiff:
**Charles E. McAulliffe**
vs.
Defendant:
**Arrow Financial Services, LLC, Intelenet Global Services, Ltd., and
Intelenet America, Inc.**

Received by EXPRESS PROCESS SERVICE, INC. on the 17th day of December, 2007 at 10:21 am to be served
on **Intelenet America, Inc. c/o National Registered Agents, Inc., Registered Agent, 160 Greentree Drive, Suite
101, Dover, DE 19904.** I, ___ROBERT DELACY___, being duly sworn, depose and say that on the __21st__
day of __December__, 20_07_ at _10:55a_.m., executed service by delivering a true copy of the **Summons and
Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of
the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) CORPORATE SERVICE: By serving _____ as
_____.

(X) OTHER SERVICE: As described in the Comments below by serving __FRANCES BURRIS__ as
___AUTHORIZED TO ACCEPT SERVICE FOR NATIONAL REGISTERED AGENTS, INC., 160 GREENTREE
DR., STE. 101, DOVER, DE. 19904__
( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

Age _25_  Sex M F  Race __BLACK__  Height ___seated___Weight _180 lbs_Hair _brown_  Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in
which this service was made.

Subscribed and Sworn to before me on the _31_ day
of __November 7__ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

**ROBERT DELACY, SPS**
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
**1201 N. Post Road**
**Suite 5**
**Indianapolis, IN 46219-4225**
**(317) 890-1055**
Our Job Serial Number: 2007008015