# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## SUMMONS IN A CIVIL CASE

**07 C 6952**

Charles E. McAulliffe,
Plaintiff,

v.

Arrow Financial Services, LLC, a Delaware limited liability company, Intelenet Global Services, Ltd., a foreign corporation, and Intelenet America, Inc., a Delaware corporation,
Defendants.

Docket Number: _____

Assigned Judge: _____
**JUDGE LEFKOW**

Designated Magistrate Judge: _____
**MAGISTRATE JUDGE MASON**

To: Intelenet Global Services, Ltd.
C/O Corporation Service Company, d/b/a
CSC – Lawyers, as registered agent
Incorporating Service Company
701 Brazos Street
Suite 1050
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

-------------------------------------
(By) DEPUTY CLERK

Date

**December 11, 2007**
-------------------------------------
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.    DATE: 12/31/07

NAME OF SERVER (PRINT): PATRICK KEENAN    TITLE: Civil Process Server

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): BY DELIVERING TO CORPORATION SERVICE COMPANY, AS REGISTERED AGENT FOR INTELENET GLOBAL SERVICES, LTD, BY DELIVERING IN HAND TO VERONICA CORDELL, WHO IS AUTHORIZED TO ACCEPT SERVICE.

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/31/07
           Date

Signature of Server

Address of Server: Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 07 C 6952

Plaintiff:
**Charles E. McAulliffe**
vs.
Defendant:
**Arrow Financial Services, LLC, Intelenet Global Services, Ltd., and Intelenet America, Inc.**

Received by EXPRESS PROCESS SERVICE, INC. on the 17th day of December, 2007 at 10:21 am to be served on Intelenet Global Services, Ltd. c/o Corporation Service Company, Registered Agent, 701 Brazos Street, Suite 1050, Austin, TX 78701. I, _PATRICK KEENAN_, being duly sworn, depose and say that on the _21_ day of _DECEMBER_, 20_07_ at _9:21 A_.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) ~~SUBSTITUTE~~ CORPORATE SERVICE: By serving _CORPORATION SERVICE COMPANY_ as _REGISTERED AGENT FOR INTELENET GLOBAL SERVICES, LTD. (BY DELIVERING IN HAND TO VERONICA CORDEN, WHO IS AUTHORIZED TO ACCEPT SERVICE.)_

~~CORPORATE SERVICE: By serving _____ as _____.~~

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _25-30_  Sex M/(F)  Race _WHITE_  Height _5'5"_  Weight _140 LBS_  Hair _BLACK_  Glasses Y/(N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _12_ day of _DECEMBER_, _2007_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _SCH0000721_
Appointed in accordance
with State Statutes

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2007008016


TERRI KEENAN
MY COMMISSION EXPIRES
July 31, 2011

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f