N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Charles E. McAulliffe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6952 |
| | ) | |
| Arrow Financial Services, LLC, a | ) | |
| Delaware limited liability company, | ) | Judge Lefkow |
| Intelenet Global Services, Ltd., a | ) | |
| foreign corporation, and Intelenet | ) | |
| America, Inc., a Delaware corporation | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Charles E. McAulliffe, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: February 14, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Bonnie C. Dragotto
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____             ENTERED:


                                  _____
                                  Judge Joan Humphrey Lefkow,
                                  United States District Court

1

**CERTIFICATE OF SERVICE**

     I, David J. Philipps, hereby certify that on February 14, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, before 5:00 p.m., on February 14, 2008.


Paul C. Ziebert,
Corporate Counsel
Arrow Financial Services, LLC
5996 W. Touhy Avenue
Niles, Illinois 60714

Intelenet Global Services, Ltd., and,
Intelenet America, Inc.
c/o Brian F. Ellis
The Ellis Law Firm, LLC
600 Broadway
Suite 670
Kansas City, Missouri 64105

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com